THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTO CHRISTOFIS, Appellant, Impleaded with Another, Defendant.— Judgment unanimously

affirmed. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.